BISBEE LINSEED CO., Appellant, v. Barge THE M. J. O'DONNELL, Appellee.

No. 458.

Circuit Court of Appeals, Second Circuit.
July 6, 1937.

Lynch, Hagen & Atkins, of New York City (Horace T. Atkins, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan and Leo F. Hanan, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.